HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SANDI MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDI MCCOY,<br><br>Defendant. | Case No. 1:18-po-00088-SAB<br><br>STIPULATION TO CONTINUE TRIAL, MOTION SCHEDULE, AND DISCOVERY DEADLINE; AND ORDER<br><br>DATE:   April 16, 2020<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Sandi McCoy, that the trial scheduled for April 30, 2020, may be continued to July 24, 2020, at 10:00 a.m.  The parties also request that a discovery deadline and motion briefing schedule be set accordingly:

| Event | Proposed deadline/hearing date |
|---|---|
| Discovery deadline | June 5, 2020 |
| Opening brief(s) | June 12, 2020 |
| Responsive brief(s) | June 26, 2020 |
| Optional reply brief(s) | July 10, 2020 |
| Motion hearing | July 17, 2020 |
| Bench trial | July 24, 2020 |

The parties jointly move to continue Ms. McCoy's trial, motion briefing schedule, and discovery deadline out of concern for the public health risks posed by the coronavirus pandemic.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 1, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
SANDI MCCOY

MCGREGOR W. SCOTT
United States Attorney

Date: April 1, 2020

*/s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Based on a showing of good cause, the Court hereby orders that the trial currently scheduled for April 30, 2020, may be continued to July 24, 2020, at 10:00 a.m.  Further, the Court sets the following briefing schedule: discovery deadline set for June 5, 2020; opening brief due June 12, 2020; response brief due June 26, 2020; optional reply brief due July 10, 2020; and motion hearing be held on July 17, 2020 at 11:00 am before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **April 1, 2020**

UNITED STATES MAGISTRATE JUDGE