HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANDI MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00088-SAB |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; AND ORDER |
| vs. | |
| SANDI MCCOY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant Sandi McCoy, that the briefing schedule be extended. Specifically, that the deadline for filing an opening brief be continued from June 12, 2020, to June 19, 2020.  The parties also request that the deadline for filing responsive briefs be continued from June 26, 2020 to July 3, 2020.  The parties agree that the optional reply brief and the motion hearing can remain as scheduled.

The parties request this scheduling modification because the government anticipates disclosing supplemental forensic analysis materials by Thursday, June 11, 2020.  In light of the forthcoming materials, the parties stipulate that the appropriate measure at this juncture is to briefly extend the motion filing deadlines so as to provide defense counsel an adequate opportunity to review the newly disclosed materials prior to filing any motions.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | Date: June 10, 2020 | */s/ Matthew Lemke*<br>MATTHEW LEMKE |
| 5 | | Assistant Federal Defender<br>Attorney for Defendant |
| 6 | | SANDI MCCOY |
| 7 | | |
| 8 | | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | | |
| 10 | Date: June 10, 2020 | */s/ William Taylor*<br>WILLIAM TAYLOR |
| 11 | | Special Assistant United States Attorney<br>Attorney for Plaintiff |

2

**O R D E R**

**IT IS HEREBY ORDERED** that the briefing schedule be extended as requested. Affirmative motions will be filed on or by June 19, 2020. Any responsive motions will be filed on or by July 3, 2020.  The optional reply brief and motion hearing will remain as scheduled.

IT IS SO ORDERED.

Dated:   **June 10, 2020**

UNITED STATES MAGISTRATE JUDGE