HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
SANDI MCCOY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00197-DAD |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE; AND ORDER |
| vs. | |
| SANDI MCCOY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for Plaintiff, and Matthew Lemke, counsel for Defendant Sandi McCoy, that the appeal briefing schedule be extended by two weeks.  Ms. McCoy filed a Notice of Appeal from Magistrate Judge Stanley Boone's decision in 1:18−po−00088−SAB. ECF No. 62.  The Court Clerk's Office set a briefing schedule pursuant to Local Rule 422.  ECF No. 63.  Counsel now requests an extension of that briefing schedule in order to allow additional time to conduct legal research and prepare a written brief:

| Event | Proposed deadline |
|---|---|
| Appellant's brief | October 4, 2021 |
| Appellee's brief | November 1, 2021 |
| Optional reply brief | November 8, 2021 |

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 3 | | |
| 4 | Date: September 16, 2021 | */s/ Jeffrey Spivak*<br>JEFFREY SPIVAK |
| 5 | | Assistant United States Attorney<br>Attorney for Plaintiff |
| 6 | | |
| 7 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 8 | | |
| 9 | Date: September 16, 2021 | */s/ Matthew Lemke*<br>MATTHEW LEMKE |
| 10 | | Assistant Federal Defender<br>Attorney for Defendant |
| 11 | | SANDI MCCOY |

**ORDER**

IT IS SO ORDERED. For the reasons set forth above, the briefing schedule for Defendant Sandi McCoy's appeal is extended as follows: Appellant's brief is due October 4, 2021; Appellee's brief is due November 1, 2021; Appellant's optional reply brief is due November 8, 2021.

IT IS SO ORDERED.

Dated:   **September 16, 2021**                    _Dale A. Drozd_
                                                                      UNITED STATES DISTRICT JUDGE