1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  MATTHEW LEMKE, D.C. Bar #1023347
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   SANDI MCCOY
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | District Court Case No. 1:21-cr-00197-DAD
12 |                                   | (Magistrate Case No. 1:18-po-00088-SAB)
   |         Plaintiff-Appellee,       |
13 |                                   | APPELLANT'S MOTION TO WITHDRAW
   | vs.                               | APPEAL;  ORDER
14 |                                   |
   | SANDI MCCOY,                      |
15 |                                   |
   |         Defendant-Appellant.      |
16

17

18        Defendant-Appellant Sandi McCoy hereby requests to withdraw her appeal.

19        On July 29, 2021, Ms. McCoy filed a Notice of Appeal, seeking to challenge the sentence

20 imposed by the magistrate judge. *See* ECF No. 62.  Ms. McCoy now seeks to withdraw her

21 appeal in this matter.  Accordingly, Ms. McCoy requests that the Court permit her to withdraw

22 her appeal.

23 / /

24 / /

25 / /

26 / /

27 / /

28 / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 4, 2021        */s/ Matthew Lemke*
                             MATTHEW LEMKE
                             Assistant Federal Defender
                             Attorney for Defendant-Appellant
                             SANDI MCCOY


Date: October 4, 2021        */s/ Sandi McCoy*
                             SANDI MCCOY
                             Defendant-Appellant

## **ORDER**

**IT IS SO ORDERED.** Defendant-Appellant Sandi McCoy's appeal is hereby withdrawn.

IT IS SO ORDERED.

Dated: __**October 5, 2021**__      _____
                                    UNITED STATES DISTRICT JUDGE